## 45750. STATE HIGHWAY DEPARTMENT
## v. JERNIGAN et al.

BELL, Chief Judge. In this condemnation case the only issue presented is whether there is sufficient evidence to authorize the verdict for $30,000. *Held:*

The property taken included land and two buildings, one a rental residence and the other a combination neighborhood grocery store with living quarters in the rear. Several witnesses testified as to their opinion as to the value of the property taken. These estimates ranged from $13,500 to $40,000. Accordingly, the verdict for $30,000 was within the range of the evidence and will not be disturbed.

*Judgment affirmed. Quillian and Whitman, JJ., concur.*
ARGUED NOVEMBER 9, 1970—DECIDED FEBRUARY 26, 1971.

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Richard L. Chambers, Assistant Attorney General, Robert E. Sherrell, Deputy Assistant Attorney General, Harry Dicus,* for appellant.

*Roberts, Elkins & Kilpatrick, James A. Elkins, Jr., Clyde L. Amour, Jr.,* for appellees.